## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL REXALL DRUGS, INC.** | * | **CIVIL ACTION** |
| **v.** | * | **NUMBER: 17-2724** |
| **RAQUEL C. BONO, DIRECTOR DEFENSE HEALTH AGENCY** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE KNOWLES** |

* * *

### FEDERAL DEFENDANT'S MOTION TO DISMISS

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes Vice Admiral Raquel C. Bono, Director of the Defense Health Agency, Federal Defendant herein, who pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Title 28 U.S.C. §§ 1346(a)(2) and 1491(a)(1), respectfully moves this Honorable Court to dismiss this lawsuit for lack of jurisdiction over the subject matter.

In support of this motion, the Federal Defendant attaches a memorandum of points and authorities hereto.

Respectfully submitted,

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

 *s/Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Telefax: (504) 680-3174
glenn.schreiber@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on __July 7, 2017__, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: __n/a__.

                                           */s/ Glenn K. Schreiber*
                                           **GLENN K. SCHREIBER**
                                           Assistant United States Attorney