## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CENTRAL REXALL DRUGS, INC.** | * | **CIVIL ACTION** |
| **v.** | * | **NUMBER: 17-2724** |
| **RAQUEL C. BONO, DIRECTOR DEFENSE HEALTH AGENCY** | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \*

### NOTICE OF SUBMISSION

TO:  Samuel H. Winston           Scott R Grubman
     Law Office of Sam Winston   Chilivis, Cochran, Larkins & Bever, LLP
     1700 Josephine Street       3127 Maple Drive, NE
     New Orleans, LA 70113       Atlanta, GA 30305

**PLEASE TAKE NOTICE** that the foregoing Federal Defendant's Motion to Dismiss shall be submitted for decision by the Honorable Carl J. Barbier, in Room C-268, United States District Courthouse, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on August 2, 2017, at 9:30 a.m., or as soon thereafter as the parties may be heard.

New Orleans, Louisiana, this __7th__ day of July, 2017.

                                      Respectfully submitted

                                      DUANE A. EVANS
                                      ACTING UNITED STATES ATTORNEY

                                      *s/Glenn K. Schreiber*
                                      GLENN K. SCHREIBER
                                      Assistant United States Attorney
                                      650 Poydras Street, Suite 1600
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 680-3093
                                      Telefax: (504) 680-3174
                                      glenn.schreiber@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 7, 2017**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: **n/a**.

    */s/ Glenn K. Schreiber*
**GLENN K. SCHREIBER**
Assistant United States Attorney